IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**ROBERTO VÉLEZ-BARBOSA aka ROBERTO VÉLEZ**

Debtor(s)

CASE NO. **16-02525-ESL**

CHAPTER 13

### APPLICATION FOR EMPLOYMENT OF SPECIAL ATTORNEY FOR A SPECIFIC PURPOSE

COMES NOW Debtor, through the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desire(s) to retain, Jonathan R. Friedland Esq., of the law firm FRIEDLAND | CARMONA, located at 1430 South Dixie Highway, suite 305, Coral Gables, Florida 33146, with office telephone number (305) 661-2008 and telefax number (305) 661-2001, with email address: jon@friedlandcarmona.com, for the specific purpose of claiming and recovering damages arising from a cause of action filed by petitioner Roberto Vélez Barbosa against "GROVE HOTEL GROUP, LTD. AND SCALA'S GROUP, INC." This cause of action is in the nature of a claim for injuries and damages suffered by the plaintiff as result of an accidental fall caused by defendants failure to adequtely and properly keep the ground and lobby area of the Grove Hotel thereby causing the Plainff's injuries and damages amounting to no less than $15,000.00, exclusive of interest, costs and attorneys' fees, file with the Circuit Court for the 11th Judicial Circuit in and for Miami Dade County, Florida, General Jurisdiction Division.

Attorney Jonathan R. Friedland (hereinafter "Friedland") was retained by the herein applicant based on the nature of his claims and the attorney's competence and experience in this kind of judicial actions.

Attorney Friedland is duly licensed to practice law in the state of Florida.

1

Attorney Friedland was initially employed by the debtor to represent him/her and is familiar with the facts and legal issues involved in the case.

Attorney Friedland does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted herewith is a verified statement executed by Attorney Friedland in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of The Bankruptcy Rules of Procedure. Also attached is a copy of his *curriculum vitae* submitted pursuant to LBR-PR 2014-1. Attorney Friedland has no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contingency contract with Attorney Friedland for representation regarding the cause of action with fees set at the rate of 40% of the gross recovery or award by judgment, stipulation or any other means permitted under law; plus costs, also contingent on the outcome of the complaint. No money has been paid to the attorney prior to the filing of this Application. The attorney understands that he/she cannot share any compensation with attorneys other than members of his firm unless said professionals are also approved by this Court.

WHEREFORE, the above premises considered, the undersigned attorneys for Debtor move this Honorable Court to authorize the employment of Friedland, Esq., to represent the estate in the cause of action filed by the Debtor. Being that the attorney fees in connections with the cause of action are to be paid by the Debtor if and when awarded, Attorney Friedland needs to apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects

2

to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants and further certify that an exact copy will be sent by mail to non CM/ECF participating creditors and parties in interest included in the attached mailing matrix.

In San Juan, Puerto Rico, this 1st day of October of 2020.

**EMG Despacho Legal, C.R.L.**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González*
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113

**By: /s/*José L. Jiménez Quiñones*
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. **16-02525-ESL** |
| **ROBERTO VÉLEZ-BARBOSA aka ROBERTO VÉLEZ** | CHAPTER 13 |
| Debtor(s) | |

### VERIFIED STATEMENT OF ATTORNEY TO BE EMPLOYED

I, Jonathan R. Friedland, Esq., of legal age and attorney at law, with offices located at San Juan, Puerto Rico, under penalty of perjury declare that:

1. That I am a Partner of the law firm FRIEDLAND | CARMONA located at 1430 South Dixie Highway, suite 305, Coral Gables, Florida 33146, with telephone number: (305) 661-2008 and telefax number: (305) 661-2008, with email: jon@friedlandcarmona.com.

2. Neither I nor any member of my firm holds any interest adverse to the estate of the above-named debtor.

3. My connections and my form's connections with the debtor, any creditor or other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee are as follows: None.

4. I am, and each member of my firm is, a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

5. I have not agreed to share with any person, except members of my firm, the compensation to be paid for the services rendered in this case, except as follows: None.

6. The terms of compensation agreed to are as follows: Attorney's fees for services rendered are contingent upon recovery, the grater of: (a) the amount of fees awarded by the Court, or (b) 40% of the gross recovery or award resulting from settlement, trial judgment and/or appeal; plus recovery of itemized costs incurred by the attorney for investigating and/or prosecuting the case, as well as interest at 10% per annum on all cost advanced on behalf of the client. Retainer fee received: None.

7. I will amend this statement immediately upon my learning that: (a) any of the representations made herein are incorrect, or (b) there is any change of circumstance relating thereto.

8. I have reviewed the provisions of LBR 2016-1.

1

**WHEREFORE**, I declare under penalty of perjury that I have read the foregoing application, verified statement, and any attachment thereto and that they are true and correct.

Respectfully submitted, in San Juan, Puerto Rico, this \_\_1st\_\_ day of \_\_October\_\_ of 2020.

_____
JONATHAN R. FRIEDLAND, ESQ.
1430 South Dixie Highway, Suite 305
Coral Gables, Florida 33146
Tel. (305) 661-2008
Telefax: (305) 661-2008
Email: jon@friedlandcarmona.com

JONATHAN R. FRIEDLAND, ESQ.
FRIEDLAND | CARMONA
1430 S. DIXIE HIGHWAY, SUITE 305
CORAL GABLES, FLORIDA 33146
TEL: (305) 661-2008
FAX: (305) 661-2001
jon@friedlandcarmona.com
www.friedlandlawgroup.com

EDUCATION:

B.A., Political Science, with honors, Hobart College, Geneva, New York 1991
J.D., Cum Laude, University of Miami, Coral Gables, Florida 1994

EXPERIENCE:

**Merl, Burstyn & Associates, Miami, Florida 1994 – 2002**

Handled claims and litigation files for full service Plaintiff's personal injury and medical malpractice law firm. In excess of 50 jury trials including matters in State and Federal Courts. Verdicts and settlements ranged from a high of $4 million to small injury claims valued less than $10,000.00. Over saw entire administration of law firm including bookkeeping and secretarial staff. Case load ranged from an average of 200 cases per year.

**Jonathan R. Friedland, P.A., Miami, Florida 2002 -2005**

Launched solo practice with four employees continuing with specialty in handling high profile catastrophic personal injury cases including automobile accidents, premises liability, negligent security, product liability, medical malpractice and first party insurance claims. Over 50 jury trials with multiple seven figure settlements and verdicts. Created niche in handling PIP claims against automobile insurance companies by representing multiple medical providers in the South Florida area. Retained as expert witness in numerous attorney fee disputes with insurance companies.

**Friedland & Brown, P.L., Miami, Florida 2006 – 2008**

Merged firm with Robert B. Brown, III, P.A., and continue to handle catastrophic personal injury, product liability, medical malpractice and first party PIP insurance claims. Firm also handles class action suits in the pharmaceutical and consumer protection arena as well as complex commercial litigation.

**Friedland Law Group, Coral Gables, Florida 2008 – 2018**

Firm launched in Coral Gables location practicing in same specialties and areas as noted above. Began handling first party homeowners and hurricane claims as a major specialty of the new firm.

**Friedland | Carmona, Coral Gables, Florida 2019 to present**

Formed partnership with long time associate of the firm, Michael J. Carmona, practicing in the major specialty areas of catastrophic plaintiff's personal injury, automobile negligence, wrongful death, premises liability and first party hurricane and homeowners insurance claims.

HONORS AND AWARDS:

"AV" rated lawyer with Martindale-Hubbell
Member, American Board of Trial Advocates (ABOTA), Miami Chapter, 2008 to present.
Past President and Board Member, Miami-Dade Trial Lawyers Association, 2000-2006.
Top Lawyer and Law Firm South Florida Legal Guide, 2003 to present.
Member, Florida Bar Grievance Committee, 2004 – 2006.
Member, Auto Insurance Committee, Florida Justice Association, 2005.
Eagle Member, Florida Justice Association, 2001 to present.
Member, American Association of Justice (AAJ)
Top Verdicts & Settlements Magazine, Miami, Florida 2012
2019 Elected to Super Lawyers in Miami-Dade County in the field of plaintiff's personal injury law. Top 5% of all attorneys awarded this distinction.

COMMUNITY INVOLVEMENT:

Big Brother, Big Brothers and Big Sisters of Greater Miami
Volunteer, Miami-Dade County School Board Career Day, F.S. Tucker Elementary School, Coconut Grove, Florida
Volunteer, Community Partnership for the Homeless, Miami, Florida
Corporate Sponsor, Shop to Stop MS for University of Miami Department of Neurology

FAMILY & PERSONAL:

Wife, Nicole Friedland
Two children, Zachary (19) and Gabriel (17)
Six (6) Time Ironman Triathlon Finisher, Ironman World Championship 2009, Ironman 70.3 World Championships 2008, 2011, 2012
Five (5) Time Boston Marathon Finisher
United States Triathlon All-American, Honorable Mention 2008 – 2012

LICENSES & ADMISSIONS:

1994 to present Florida Bar, Bar Number 0008486.
Federal Court, Southern District of Florida, 1994 to present.

ROBERTO VELEZ BARBOSA
URB PRADERAS DE NAVARRO
24 CALLE AMAZONITA
GURABO, PR 00778

CREDIT MANAGEMENT LP
4200 INTERNATIONAL PKWY
CARROLLTON, TX 75007-1912

MELINES RESTO GONZALEZ
URB PRADERAS DE NAVARRO
24 CALLE AMAZONITA
GURABO, PR 00778

FIDELITY INVESTMENTS INSTITUTIONAL OPERA
82 DEVONSHIRE STREET
BOSTON, MA 02109

LCDO. EDGARDO MANGUAL GONZALEZ
EMG DESPACHO LEGAL, CRL
1608 BORI STREET SUITE 212
SAN JUAN, PR 00927

INTERNAL REVENUE SERVICES
2970 MARKET STREET
MAIL STOP 5 Q-30.133
PHILADELPHIA, PA 19104-5016

AMERICAN AIRLINE CREDIT UNION
PO BOX 660493
DALLAS, TX 75266-0493

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

AMERICAN EXPRESS
PO BOX 297879
FORT LAUDERDALE, FL 33329-7879

PAY PAL BUYER CREDIT
P.O. BOX 960080
ORLANDO, FL 32896-0080

AUTORIDAD DE ENERGIA ELECTRICA
P.O. BOX 363508
SAN JUAN, PR 00936-3508

POPULAR AUTO
P.O. BOX 366818
SAN JUAN, PR 00936-6818

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936

RELIABLE FIN.
P.O. BOX 21382
SAN JUAN, PR 00928

BPPR
P.O. BOX 362708
SAN JUAN, PR 00936-2708

COLON ATIENZA LEGAL &
REPOSSESSION SERVICES, PSC.
PO BOX 21382
SAN JUAN, PR 00928