IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE:<br>ROBERTO VELEZ BARBOSA<br>MELINES RESTO GONZALEZ<br><br>xx-xx-2185<br>xx-xx-6609<br>Debtors | CASE NO. 16-02525-ESL13<br>Chapter 13<br><br><br><br><br>FILED & ENTERED ON OCT/19/2020 |
|---|---|

ORDER

The court having considered the application of the Debtors to employ special attorney and declaration in support thereof, and it appearing that Jonathan Friedland is a disinterested person and that the employment of said Special Attorney is in the best interest of this estate, it is hereby

ORDERED that the Debtors herein are authorized to employ Jonathan Friedland as Special Attorney, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 19 day of October, 2020.

Enrique S. Lamoutte
United States Bankruptcy Judge