**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

IN RE:

ROBERTO VELEZ BARBOSA  
MELINES RESTO GONZALEZ  
    DEBTOR(S)

CASE NO. 16-02525-ESL  
CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 11/5/2020

With respect to the above-referred payment plan with a base of $46,075.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE      [X] UNFAVORABLE

The liquidation value of the estate is: $ 0.00

The general unsecured pool is: $ 0.00

The applicable commitment period (years) is: 5

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Debtor has not devoted tax refunds for years 2017, 2018 and 2019.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 11/18/2020

<u>EDGARDO MANGUAL</u>  
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina  
Pedro R Medina  
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**  
Chapter 13 Trustee  
PO Box 9024062, Old San Juan Station  
San Juan PR 00902-4062  
CMC-WG